UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-                                                        25-MJ-4055

DILBAR GUL DILBAR
a/k/a DILBAR GUL TAJ ALI KHAN,

                Defendant.

## ORDER GRANTING GOVERNMENT'S MOTION TO SEAL

Upon the motion of the United States of America, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, and Meghan K. McGuire, Assistant United States Attorney, of counsel, for an Order permitting the filing of a criminal complaint and associated documents under seal, and after due consideration,

IT IS HEREBY ORDERED, that the criminal complaint and associated documents of the United States is hereby permitted to be filed under seal for 60 days.

DATED:     Rochester, New York, April  29,  2025.

                                                                         _____
                                                                         HON. COLLEEN D. HOLLAND
                                                                         United States Magistrate Judge