IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DILBAR GUL DILBAR a/k/a DILBAR GUL TAJ ALI KHAN,

Defendant.

25-MJ-4055

## NOTICE OF MOTION AND MOTION FOR REVOCATION AND STAY OF MAGISTRATE JUDGE'S RELEASE ORDER

THE UNITED STATES OF AMERICA, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, and Meghan K. McGuire, Assistant United States Attorney, respectfully moves, pursuant to Title 18, United State Code, Section 3145(a)(1), for an Order Magistrate Judge Colleen D. Holland's Order releasing the defendant; and

IN SUPPORT THEREOF, the government contends that, for reasons that will be supplemented in the government's forthcoming memorandum of law in support of its motion to revoke, the defendant's release would pose a serious flight risk; and

THE UNITED STATES OF AMERICA further moves for an Order staying the Magistrate Judge's Order releasing the defendant until such time as this Court can hear and determine the government's motion for revocation; and

IN SUPPORT THEREOF, the government hereby submits the accompanying memorandum of law. The defense has indicated that it plans to submit briefing on this issue as well.

WHEREFORE, it is respectfully requested that the Court:

1) Revoke Magistrate Judge Holland's May 13, 2025 Order releasing the defendant from custody and continue defendant's detention pending trial; and

2) Stay the Magistrate Judge's order releasing the defendant until such time as this Court can hear and determine this motion.

DATED: May 14, 2025

          MICHAEL DiGIACOMO
          United States Attorney
          Western District of New York

By: *Meghan K. McGuire*
          Meghan K. McGuire
          Assistant U.S. Attorney
          United States Attorney's Office
          Western District of New York
          100 State Street, Suite 500
          Rochester, New York 14614
          (585) 399-3922
          Meghan.McGuire@usdoj.gov