AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| DILBAR GUL DILBAR | ) Case No. 25-MJ-4055 |
| a/k/a DILBAR GUL TAJ ALI KHAN | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DILBAR GUL DILBAR  a/k/a DILBAR GUL TAJ ALI KHAN                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

There is probable cause to believe that DILBAR GUL DILBAR a/k/a DILBAR GUL TAJ ALI KHAN violated Title 18, United States Code, Section 1546(a) (Visa Fraud)

Date:   04/29/2025

*Colleen D. Holland*
*Issuing officer's signature*

City and state:   Rochester, NY                                 Hon. Colleen D. Holland, U.S. Magistrate Judge
                                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)*  04/29/2025  , and the person was arrested on *(date)*  05/01/2025
at *(city and state)*   Rochester, NY                  .

Date:  05/02/2025

*Arresting officer's signature*

SA Timothy J. Klapec
*Printed name and title*