UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.

DILBAR GUL DILBAR, aka
 DILBAR GUL TAJ ALI KHAN,

      Defendant.

_____

25-MJ-4055-CDH

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as additional counsel of record in this case for Defendant, Dilbar Gul Dilbar, a/ka Dilbar Gul Taj Ali Khan.

DATED:    Buffalo, New York, June 2, 2025.

Respectfully submitted,

**/s/ Timothy P. Murphy**
Timothy P. Murphy
Assistant U.S. Attorney
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341; FAX: 551-3346
Timothy_murphy@fd.org

TO:    Meghan K. McGuire
        Assistant United States Attorney