UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                        **ORDER**

v.                                       6:25-MJ-04055 (1)

DILBAR GUL DILBAR,

            Defendant.

---

The sum of $6,000.00 was deposited in the Registry of this Court on May 15, 2025 by Dilbar Gul Dilbar, the Defendant herein, to secure his appearance before this Court to answer to charges pending against him.

Pursuant to the Text Order of Hon. Colleen D. Holland entered September 12, 2025 (Dkt. 24), the request to release bail to the Defendant's Power of Attorney was granted. Therefore, it is hereby

O R D E R E D, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check made payable to Dilbar Gul Dilbar c/o David Hough, Power of Attorney, in the amount of $6,000.00, representing the refund of the bail deposit.

SO ORDERED.

                                                              COLLEEN D. HOLLAND
                                                               United States Magistrate Judge

Dated:  Rochester, New York
           September 12, 2025